IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| ROVER PIPELINE, LLC;<br>ENERGY TRANSFER LP,<br><br>     Plaintiffs,<br><br>v.<br><br>FEDERAL ENERGY REGULATORY<br>COMMISSION, *et al.*,<br><br>     Defendants. | Civil Action No. 3:22-cv-00232-S |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's September 13, 2023 Order (ECF No. 52), as well as those prior opinions and orders that provide the legal basis for the September 13, 2023 Order.

Dated: November 13, 2023        Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

BRIAN D. NETTER
Deputy Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Cassandra Snyder*
CASSANDRA SNYDER (DC Bar # 1671667)
Trial Attorney

U. S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St., N.W.
Washington, D.C. 20005
Phone:  (202) 451-7729
Fax:      (202) 616-8460
Email:  cassandra.m.snyder@usdoj.gov

*Counsel for Defendants*