IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| Rover Pipeline, L.L.C; Energy Transfer L.P., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> Federal Energy Regulatory Commission; Carmen Cintron, Acting Chief Administrative Law Judge; Allison Clements, Commissioner; James Danly, Commissioner; Richard Glick, Chairman; Willie L. Phillips, Commissioner; Mark C. Christie, Commissioner, <br><br> Defendants-Appellants. | No. 23-11154 |

**Motion to Voluntarily Dismiss the Appeal**

Pursuant to Federal Rule of Appellate Procedure 42(b)(2) and Fifth Circuit Rule 42.1, defendants-appellants move to voluntarily dismiss this appeal. Counsel for the plaintiffs-appellees does not oppose this motion.[1]

---

[1] A certificate of interested persons is not required, as defendants-appellees are a federal agency and government officials sued in their official capacity. Fifth Cir. R. 27.4, 28.2.1

Respectfully submitted,

BRIAN M. BOYNTON
  *Principal Deputy Assistant*
  *Attorney General*

JOSHUA M. SALZMAN
*/s/ Daniel Aguilar*
DANIEL AGUILAR
  *Attorneys*
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Avenue NW
  Washington, DC 20530
  (202) 514-5432
  daniel.j.aguilar@usdoj.gov

  Counsel for Defendants-Appellants

Dated: December 11, 2023

**CERTIFICATE OF SERVICE**

I certify that on December 11, 2023, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Daniel Aguilar*
Daniel Aguilar

**CERTIFICATION OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g), I certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Georgia, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 56 words, according to the count of Microsoft Word.

*/s/ Daniel Aguilar*
Daniel Aguilar